UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | |
|---|---|
| VELMA D. WILLIAMS and<br>ANTHONY LEE WILLIAMS,<br><br>      Plaintiffs,<br><br>      v.<br><br>WELBILT WALK-INS, LP,<br><br>      Defendant. | Civil Action No.: 2:14-cv-00104-JRG-DHI<br><br>Judge: J. Ronnie Greer<br><br>Magistrate: Dennis H. Inman |

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiffs, Velma D. Williams and Anthony Lee Williams, and Defendant, Welbilt Walk-Ins, LP (collectively, the "parties"), by and through their undersigned attorneys, having reached a voluntary and confidential settlement, hereby stipulate and agree that the Complaint in the above-captioned matter should be dismissed upon the merits, with prejudice, and without costs to any party. The parties further stipulate that the attached Order may be entered by the Court without further notice.

Dated: September 17, 2014

Respectfully submitted,

BUELOW VETTER BUIKEMA OLSON & VLIET, LLC

     /s/ Suzanne M. Glisch
Joel S. Aziere (TN BPR No. 32634)
jaziere@buelowvetter.com
Suzanne M. Glisch (WI Bar No. 1079803)
sglisch@buelowvetter.com
20855 Watertown Road, Suite 200
Waukesha, Wisconsin 53186
Telephone: 262.364.0300
Facsimile: 262.364.0320

-and-

EVANS PETREE
Aaron Nash (TN BPR No. 024631)
anash@evanspetree.com
Charles W. Cavagnaro, Jr. (TN BPR No. 17917)
ccavagnaro@evanspetree.com
2550 Meridian Boulevard, Suite 200
Franklin, Tennessee 37067
Telephone: 615.473.1462
Facsimile: 615.349.3528

*Attorneys for Defendant Welbilt Walk-Ins, LP*

-and-

Dated: September 17, 2014

Respectfully submitted,

HULL LAW FIRM

    /s/ Patrick Hull
E. Patrick Hull (TN BPR No. 004437)
pat.hullfirm@gmail.com
P.O. Box 1338
Kingsport, Tennessee 37662
Telephone: 423.247.6151
Facsimile: 423.247.6152

*Attorneys for Plaintiffs Velma D. Williams and Anthony Lee Williams*

2

# ORDER

Based upon the parties' foregoing Stipulation And Order For Dismissal With Prejudice, it is hereby ordered that the above-captioned matter is dismissed upon the merits, with prejudice, and without costs to any party.

Dated this _____ day of September, 2014.

BY THE COURT:

_____
Honorable J. Ronnie Greer
United States District Court Judge