UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

---

VELMA D. WILLIAMS and
ANTHONY LEE WILLIAMS,

    Plaintiffs,

v.

WELBILT WALK-INS, LP,

    Defendant.

Civil Action No.: 2:14-cv-00104-JRG-DHI

Judge: J. Ronnie Greer

Magistrate: Dennis H. Inman

---

### ORDER FOR DISMISSAL WITH PREJUDICE

The parties' Joint Motion and Order For Dismissal With Prejudice is hereby GRANTED; and it is hereby ORDERED that the above-captioned matter is dismissed in its entirety and upon the merits, with prejudice, and without costs to any party.

Dated this 24th day of September, 2014.

BY THE COURT:

_____
Honorable J. Ronnie Greer
United States District Court Judge